UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ANGEL CRISPIN,

Defendant.

19-cr-323 (JSR)
20-cr-022 (PAC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/20

JED S. RAKOFF, U.S.D.J.

The Government has moved to consolidate the above-captioned cases for plea and sentencing as to defendant Angel Crispin, who has indicated his intent to enter a plea agreement in both matters. Upon Judge Crotty's consent, the Court hereby orders such consolidation and sets a change of plea hearing for both matters for February 21, 2020 at 11:00 am.

SO ORDERED.

Dated: New York, NY

February 19, 2020

JED S. RAKOFF, U.S.D.J.