UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ANGEL CRISPIN,<br><br>Defendant. | 19-cr-323-2 (JSR)<br>20-cr-22-5  (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Court recommends the Bureau of Prisons designate Angel Crispin, USMS Register No. 86839-054, to a facility as close as possible to the New York City metropolitan area.

SO ORDERED.

Dated: New York, NY

October 26, 2020

_____
JED S. RAKOFF, U.S.D.J.

1