UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

19 CR 323; 20 CR 22

Angel Crispin

Defendant(s).
-----------------------------------------------------------------X

Defendant _____Angel Crispin_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____    Initial Appearance Before a Judicial Officer

____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

_X__    Conference Before a Judicial Officer


___s/ Angel Crispin by the Court with permission___    __/s/ Jennifer X. Luo_____
Defendant's Signature                                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Angel Crispin _____    __Jennifer X. Luo_____
Print Defendant's Name                 Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_November 13, 2020_                    _____[signature]_____
Date                                    U.S. District Judge/U.S. Magistrate Judge